The Honorable Ronald B. Leighton

06-CV-05400-JGM

FILED ____ LODGED
____ RECEIVED

MAR - 9 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARLAND ABBOTT,

          Plaintiff,

v.

DONALD STODOLA, JAMES SHIN, DON RAMSDELL, individually, and in his official capacity, CITY OF TACOMA, a municipal corporation of the State of Washington, STEVEN MCCLINTON and JANE DOE MCCLINTON, wife, and their marital community, JAMAL BROWN and JANE DOE BROWN, wife, and their marital community, HALLIE JOHNSON and JOHN DOE JOHNSON, husband, and their marital community, FESTIVALS, INC., a Washington corporation, and EVENT STAFFING INCORPORATED, a Washington corporation,

          Defendants.

No. 06-5400RBL

**JUDGMENT**

**JUDGMENT SUMMARY**

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Arland Abbott |
| 2. | Attorneys for Judgment Creditor: | Jay H. Krulewitch |
| 3. | Judgment Debtor: | Festivals, Inc. |
| 4. | Attorney for Judgment Debtor: | Paul F. Cane |
| 5. | Principal Judgment Amount: | $5,000.00 |
| 6. | Interest to Date of Judgment: | $  -0- |

**THORSRUD CANE & PAULICH**
A PROFESSIONAL SERVICE CORPORATION

1300 PUGET SOUND PLAZA
1325 FOURTH AVENUE
SEATTLE, WA  98101
(206) 386-7755

JUDGMENT - 1
C:\DOCUME~1\jboring\LOCALS~1\Temp\notesF3A9D1\JUDGMENT.doc

7.     Costs and Attorneys' Fees:    $ -0-

8.     Principal Judgment Amount shall bear interest at the highest rate permitted by law.

Based upon consideration of the foregoing matters, including the files, pleadings and proceedings in this action, it is hereby

ORDERED that plaintiff is granted judgment against defendant Festivals, Inc. in the sum of $5,000.00 plus interest thereon as permitted by law under RCW 19.52.010 and applicable Washington law, each year, per annum from the date this judgment is entered until it is paid.

DATED this 9th day of March, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
United States District Judge

PRESENTED BY:

s/
Jay H. Krulewitch, WSBA #17612
Attorney for Plaintiff

Approved and Notice of Presentation Waived:

s/
Paul F. Cane, WSBA #8703
Thorsrud Cane & Paulich
Attorneys for Defendant Festivals, Inc.

JUDGMENT - 2
C:\DOCUME~1\jboring\LOCALS~1\Temp\notesF3A9D1\JUDGMENT.doc

THORSRUD CANE & PAULICH
A PROFESSIONAL SERVICE CORPORATION
1300 PUGET SOUND PLAZA
1325 FOURTH AVENUE
SEATTLE, WA 98101
(206) 386-7755