06-CV-05400-ORD

FILED _____ LODGED
RECEIVED
APR 18 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ARLAND ABBOTT,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD STODOLA, JAMES SHIN, DON RAMSDELL, individually, and in his official capacity, CITY OF TACOMA, a municipal corporation of the State of Washington, STEVEN MCCLINTON and JANE DOE MCCLINTON, husband and wife and their marital community, JAMAL BROWN and JANE DOE BROWN, husband and wife and their marital community, HALLIE JOHNSON and JOHN DOE JOHNSON, husband and wife and their marital community, FESTIVALS, INC., a Washington Corporation, and EVENT STAFFING, INC., a Washington Corporation,<br>Defendants. | NO. 06-5400RBL<br><br>**ORDER TO CONTINUE TRIAL DATE AND RELATED CASE SCHEDULING DEADLINES** |

WHEREAS the COURT has been fully advised of the reasons for the Stipulation to Continue the Trial Date and Related Case Scheduling Deadlines and has had a chance to review the stipulation,

**ORDER TO CONTINUE TRIAL DATE AND
RELATED CASE SCHEDULING DEADLINES- 1**

JAY H. KRULEWITCH
ATTORNEY AT LAW
710 Second Avenue
Suite 700
Seattle, WA 98104
PHONE (206) 233-0828
FAX (206) 628-0794

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulation to Continue Trial Date and Related Case Scheduling Deadlines is HEREBY GRANTED. The Trial Date is hereby continued from November 5, 2007 to _February 25_, 2008. In addition, it is FURTHER ORDERED THAT the clerk of the court issue a new case scheduling order with new deadlines that are commensurate with the continuance of the trial date ordered by this court.

DONE IN OPEN COURT this _18th_ day of _April_, 2007.

_____
The Honorable Ronald B. Leighton

ORDER TO CONTINUE TRIAL DATE AND
RELATED CASE SCHEDULING DEADLINES- 2

JAY H. KRULEWITCH
ATTORNEY AT LAW
710 Second Avenue
Suite 700
Seattle, WA 98104
PHONE (206) 233-0828
FAX (206) 623-0794