THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARLAND ABBOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD STODOLA, JAMES SHIN, DON RAMSDELL, individually, and in his official capacity, CITY OF TACOMA, a municipal corporation of the State of Washington, STEVEN MCCLINTON and JANE DOE MCCLINTON, wife, and their marital community, JAMAL BROWN and JANE DOE BROWN, wife, and their marital community, and FESTIVALS, INC., a Washington corporation,<br><br>    Defendants. | NO. C06-5400 RBL<br><br>ORDER GRANTING AGREED MOTION TO ADJUST CASE SCHEDULE<br><br><br>Noted for Consideration:<br>September 24, 2007 |

    THIS MATTER having come on regularly to be heard before the undersigned judge of the above-entitled court jointly by plaintiff and defendants for an order adjusting certain deadlines in the Minute Order Setting Trial, Pretrial Dates and Ordering Mediation (Dkt. #31), filed April 24, 2007; the

plaintiff, appearing by and through his attorney, Jay Krulewitch; the defendants City of Tacoma, Ramsdell, Stodola and Shin being represented by Jean P. Homan, Assistant City Attorney; and the defendants Event Staffing, McClinton, Brown and Johnson, being represented by Daniel Ruttenberg, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the Agreed Motion to Adjust Case Schedule is hereby granted; and it is further

ORDERED, ADJUDGED and DECREED that the Minute Order Setting Trial, Pretrial Dates and Ordering Mediation (Dkt. #31), filed April 24, 2007, shall be adjusted as follows:

| | |
|---|---|
| Completion of Discovery | November 16, 2007 |
| Filing of motions related to discovery | October 30, 2007 |

IT IS SO ORDERED this 25th day of September, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

ELIZABETH A. PAULI, City Attorney


By: _____
JEAN P. HOMAN
WSBA # 27084
Assistant City Attorney
Attorney for Defendants


/ /

/

Approved as to form:

LAW OFFICE OF JAY KRULEWITCH


By: _____
    JAY KRULEWITCH
    WSBA# 17612
    Attorney for Plaintiff

JOHNSON, ANDREWS & SKINNER


By: _____
    DANIEL RUTTENBERG
    WSBA# 29498
    Attorney for Defendants
    Event Staffing, McClinton,
    Brown & Johnson

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jay H. Krulewitch, attorney for plaintiff, and Daniel Ruttenberg, attorney for defendants Event Staffing, McClinton, Johnson & Brown.

                                      _____
                                      JEAN P. HOMAN
                                      WSBA#27084
                                      Attorney for Defs. City of Tacoma,
                                          Ramsdell, Stodola & Shin
                                      Tacoma City Attorney's Office
                                      747 Market Street, Suite 1120
                                      Tacoma, WA  98402
                                      (253) 591-5885
                                      Fax:  (253) 591-5755
                                      jhoman@ci.tacoma.wa.us